UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mario Fitzgerald Pettiford, | ) | C/A No. 5:15-cv-02791-DCN-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | (Action Required by Petitioner) |
| Travis Bragg, | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, a federal prisoner, seeks habeas corpus relief under 28 U.S.C. § 2241. Under Local Civil Rule 73.02(B)(2)(D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

Following service of the Petition, it was brought to the court's attention that Petitioner did not include "Page 7 of 10" (as numbered in the form petition used by Petitioner—AO Form 242, as revised December 2011) when submitting his Petition to the court for filing. Therefore, the Petition that was served on Respondent was not a complete version of the pleading. *No later than **October 22, 2015**, Petitioner is to provide page 7 to the court so that the Clerk may associate it with the Petition.*

As Respondent must have a complete Petition in order to prepare a responsive pleading, the Clerk of Court is directed to terminate the current deadline for Respondent to submit his responsive pleading. Upon receipt of the missing page 7 of the Petition, the court will issue a revised deadline within which Respondent is to respond to the Petition.

IT IS SO ORDERED.

October 8, 2015                                        Kaymani D. West
Florence, South Carolina                              United States Magistrate Judge