# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mario Fitzgerald Pettiford, | ) | C/A No. 5:15-cv-02791-DCN-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Travis Bragg, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, Mario Fitzgerald Pettiford, is a federal prisoner who filed this pro se Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 10, 2015, Respondent filed a Return and Motion Dismiss. ECF Nos. 29, 30. Because Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of such motions and of the need for him to file adequate responses. ECF No. 32. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order Plaintiff has failed to respond to the Motion. As such, it appears to the court that he does not oppose the Motion and wishes to abandon this action. Based on the foregoing, Petitioner is directed to advise the court whether he wishes to continue with this case and to file a response to Respondent's Motion to Dismiss by **January 18, 2016**. Petitioner is further advised that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

December 18, 2015  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge